J. McTAYLOR v. THE STATE.

A suit against an administrator by the State to recover escheated property is
not such a proceeding as entitles the administrator to appeal without
bond.

APPEAL from Orange.    Tried below before the Hon.
William Chambers.

This was a suit by the State, brought October 21, 1871;
against the administrator of Constance Le Perue, to re-
cover property escheated to the State.   On the trial, the
plaintiff recovered judgment for $600 against the admin-
istrator and the sureties on his bond, and the administra-
trator alone undertook to appeal without giving bond.

No brief for the appellant has been furnished to the
Reporters.

*Wm. Alexander, Attorney-General,* for the appellee.

WALKER, J.—This is an attempt on the part of an ad-
ministrator to appeal a case to this court for himself and

several others, which does not come within the rule of law allowing executors and administrators to appeal without giving bond.

Having no jurisdiction, it is dismissed.

DISMISSED.